IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| vs. | ) ) | Case No. 3:19-cr-177 |
| Justice Ryan Duchaine, | ) ) | |
| Defendant. | ) | |

Defendant Justice Ryan Duchaine moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Part A of Amendment 821 to the United States Sentencing Guidelines. Doc. 68. The United States does not oppose the motion. Doc. 70. Duchaine is eligible for a sentence reduction under § 3582(c)(2) and the retroactive application of Part A of Amendment 821 to the Sentencing Guidelines, and the sentencing factors in 18 U.S.C. § 3553(a) do not weigh against a reduction. So, Duchaine's motion (Doc. 68) is **GRANTED**. His sentence is reduced to time served effective February 1, 2024.

**IT IS SO ORDERED**.

Dated this 19th day of January, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court